## HERALD PUBLISHING CO. *v.* WHITEHEAD-DONOVAN CORP.

No. 156.   Decided October 11, 1965.

*James G. Butler* for appellant.

*George G. Shapitric* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted.

## BOWMAN *v.* LAKE COUNTY PUBLIC BUILDING COMMISSION ET AL.

No. 170.   Decided October 11, 1965.

*Paul E. Hamer* for appellant.

*Andrew A. Semmelman* and *Bruno W. Stanczak* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.